(Name): LATAWNYA COWAN
(Mailing Address): PO Box 495 Columbia MO 65205
(Phone number): 5738237176
Plaintiff in Pro Se

FILED
Apr 21 2025
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY    s/ AlejandraIslas    DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LaTawnya Cowan,<br><br>Plaintiff,<br><br>vs.<br><br>US DEPT OF HEALTH AND HUMAN SERVICES DBA SAN DIEGO COUNTY HEALTH AND HUMAN SERVICES,<br><br>Defendant. | Case No.: **'25CV0967 JO   DDL**<br><br>**COMPLAINT IN A CIVIL ACTION**<br>**W/**<br>**DEMAND OF JURY TRIAL**<br><br>Name of Judicial Officer:<br>Courtroom Number:<br>Date & Time of Hearing: |

PLAINTIFF: LATAWNYA D. COWAN, PO BOX 495 COLUMBIA MO 65205-0495

DEFENDANTS:

   1. USD-HHS DBA SAN DIEGO COUNTY HHS 1600 PACIFIC HIGHWAY SAN DIEGO CA 92103

   2. JULIA RAMZI, SDC-HHS SOCIAL WORKR 1600 PACIFIC HIGHWAY SAN DIEGO CA 92103

   3. DR KIMBERLY GIARDINA SDC-HHS DIRECTOR 1600 PACIFIC HIGHWAY SAN DIEGO CA 92103]

   4. Rady Children's Hospital 3020 Children's Way, San Diego, CA 92123

JURISDICTION:

1

Title of Pleading

a. Defendant is the US Government

b. Defendants act under color of law as agents for the Us Government to administer federal cash, food, housing, medical and child welfare services

c. Defendants receive state and federal financial assistance and are required to adhere to the ADA, VAWA, Rehabilitation Act, Civil Rights Act, HIPPAA and CA Unruh Act.

Claims for relief:

1. On or about 5/1/22 Defendants acted in concert to file child abuse and neglect report against plaintiff and filed motion with San Diego County Juvenile court where they sought/received a court order to remove Plaintiff's child JCM from Rady Children's Hospital. All Defendants were aware the child was not a resident of CA for the purposes of child custody, the current circumstances they falsely reported to the hotline/court did not reflect the child's normal living arrangements/circumstances and that the child was visiting the non-custodial parent and that Plaintiff had custody of her child by order of the juvenile court state of MO Noone County and that no emergency existed which justified disregarding the UCCJEA. Defendants knew Plaintiff is blind, she had requested timely effective accessible communication from all Defendants and had provided medical verification that the effective accessible documents are medically necessary due to Plaintiff being blind. Defendants did not serve any notice, motions or petitions filed with the court on Plaintiff in either standard or accessible format. Defendants had been provided a copy of the valid custody order and were enforcing child support based on the order which contained the contact information for Plaintiff's custody attorney and did not serve any motions or petitions on that attorney.

2. Between 01/01/2022 and 04/13/2025: Plaintiff repeatedly provided medical

verification and SSI award letter from Social Security documenting her congenital permanent disabilities, plaintiff followed defendants' reasonable accommodations policies/procedures and requested policy modifications, effective accessible screen reader format communications, to borrow an auxiliary aid with a screen reader for the blind,

3. Defendants violated plaintiff's civil rights by denying protections afforded plaintiff under the VAWA, Fair housing act, Rehabilitation act, ADA and Unruh Act which deprived plaintiff of full participation and equal access to their programs, services, benefits. Defendants retaliated against and excluded plaintiff from their program's services and benefits because plaintiff and her disabled child filed civil rights complaint with state and federal programs integrity and civil rights office. Defendants subjected plaintiff to cruel and unusual punishment/42 USC section 1983 and parental alienation impeding her right to visit with her child while in foster care and refusing funding for accessible visits with the disabled child.

Relief Sought:

500 thousand dollars, Unruh act damages, punitive damages and damages awarded by jury

Date: April 13, 1992

Respectfully Submitted: Latawnya Cowan, Plaintiff Pro Se

*LaTawnya D Cowan*

Plaintiff Pro Se

3

Title of Pleading